✓ FILED ___ ENTERED
___ LOGGED ___ RECEIVED

4:08 pm, Apr 03 2023
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ Deputy

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

**UNITED STATES OF AMERICA**

vs.

**Adam Nettina**

Case No. 23-MJ-1123-BAH

\*\*\*\*\*\*

## ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT

Upon motion of the United States for Temporary Detention, it is ORDERED that a detention hearing is set for **April 7, 2023** *(date)* at **1:30 PM** *(time)* before **A. David Copperthite**, United States Magistrate Judge, 101 West Lombard Street, Baltimore, Maryland 21201 Courtroom 7B.

Pending this hearing, the defendant shall be held in custody by (the United States Marshal) (Defendant to be held at **CDF**) (Other Custodial Official) and produced for the hearing.

Date: April 3, 2023

_____
Matthew J. Maddox
United States Magistrate Judge